UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:  BENJIE M. LOUISON AND         }   CHAPTER 13
        JANINE E. GLASBY LOUISON,     }
                                      }
        DEBTOR(S)                     }   CASE NO. A10-89659MGD
                                      }
                                      }   JUDGE    DIEHL


**OBJECTION TO CONFIRMATION**

    COMES NOW Mary Ida Townson, TRUSTEE herein, and objects to Confirmation of the plan for the following reasons:

    1. The Debtor(s)' payments under the proposed plan are not current.

    2. Debtor(s) has failed to attend the 11 U.S.C. Section 341 hearing.

    3. Debtor(s) has not filed a plan as required by 11 U.S.C. Section 1321.

    4. Debtor(s) has not filed schedules as required by Bankruptcy Rule 1007.

    5. Debtor(s) has not filed copies of all payment advices or other evidence of payments received within sixty (60) days before the date of the filing of the petition as required by 11 U.S.C. §521(a)(1)(B)(iv) and Rule 1007(b)(1)(E) F.R. Bankr. P.

    6. The Debtor(s) has failed to provide the Trustee with a copy of the federal tax return or transcript of such return for the most recent tax year ending immediately before the commencement of the instant case and for which a federal income tax return was filed, in violation of 11 U.S.C. Section 521(e)(2)(A)(i).

    7. The Debtor(s) may not be eligible for relief under Title 11 because they have not filed a certificate stating they have obtained a briefing from an approved non-profit budget and credit counseling agency within 180 days preceding the date of filing as required by 11 U.S.C. Section 109(h).

Mary Ida Townson, Chapter 13 Trustee
Suite 2700 – 100 Peachtree Street, N.W.
Atlanta, Georgia  30303
(404) 525-1110
eds@atlch13tt.com

      8.  The Debtor(s) has failed to file a statement of financial affairs in possible violation of 11 U.S.C. Section 521(a)(1)(B)(iii).

      9.  Debtor(s) has not filed a statement of current monthly income and calculation of commitment period and disposable income as required by Rule 1007(b)(6)F.R. Bankr.P.

      10.  The Debtor(s)' bankruptcy counsel has failed to file a statement of compensation as required by 11 U.S.C. Section 329(a) and Fed. R. Bankr. P. 2016(b).

      WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny confirmation of this Debtor's(s') Plan and to dismiss the case; or, in the alternative, convert the case to one under Chapter 7.

      November 17, 2010

                                              _____/s_____
                                              K. Edward Safir, Attorney
                                              for Chapter 13   Trustee
                                              GA Bar No. 622149

Mary Ida Townson, Chapter 13 Trustee
Suite 2700 – 100 Peachtree Street, N.W.
Atlanta, Georgia   30303
(404) 525-1110
eds@atlch13tt.com

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served

DEBTOR(S):

BENJIE M. LOUISON
P.O. BOX 422592
ATLANTA, GA 30342

JANINE E. GLASBY LOUISON
P.O. BOX 422592
ATLANTA, GA 30342

ATTORNEY FOR DEBTOR(S):

MARILYN S. BRIGHT, ESQ
41 MARIETTA ST, NW
SUITE 702
ATLANTA, GA 30303

in the above in the foregoing matter with a copy of this pleading by depositing same in the United States Mail in a properly addressed envelope with adequate postage thereon.

This 17TH day of November, 2010

_____s/_____

Mary Ida Townson, Chapter 13 Trustee
Suite 2700 – 100 Peachtree Street, N.W.
Atlanta, Georgia  30303
(404) 525-1110
eds@atlch13tt.com