IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | * |
| | * BANKRUPTCY NO. 10-89659-MGD |
| BENJIE LOUISON and JANINE LOUISON, | * Chapter 13 |
| | * Judge Diehl |
| Debtors. | * |
| | * |
| BENJIE LOUISON and JANINE LOUISON, * | * |
| Objectors, | * |
| vs. | * CONTESTED MATTER |
| | * |
| JPMORGAN CHASE, N.A., | * |
| | * |
| Respondent. | * |

## OBJECTION TO CLAIM

Come now Debtors BENJIE LOUISON and JANINE LOUISON, by and through their counsel, and objects to the claim of Respondent JP MORGAN CHASE, N.A. as follows:

1. A modification was made with Debtor JANINE LOUISON upon the note for the real property represented by this claim pre-petition. The amounts of the principal, alleged payments in arrears and related charges are not correct.

2. The claim contains prior foreclosure fees and costs, and bankruptcy costs, that are not authorized.

3. Debtors reserve the right to raise additional grounds for objection.

4. Debtors request that the Respondent's claim be disallowed in whole or pertinent part.

WHEREFORE, Debtors request that this Court set these objections for a hearing and deny the claim for JPMORGAN CHASE, N.A. in whole or pertinent part.

_____
MARILYN S. BRIGHT
Suite 702
41 Marietta Street, N.W.
Atlanta, GA 30303
[404] 523-3776
State Bar No. 082050

ATTORNEY FOR DEBTORS

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing OBJECTION TO CLAIM upon Respondent JPMORGAN CHASE, N.A. and the Chapter 13 Trustee by mailing a copy of the same, first class postage prepaid, to the following:

Mary Ida Townson
Albert Guthrie
K. Edward Safir
Office of the Chapter 13 Trustee
Suite 2700, The Equitable Building
100 Peachtree Street, N.W.
Atlanta, GA 30303

Sidney Gelertner
McCurdy & Candler, LLC
3525 Piedmont Road
Building 6, Suite 700
Atlanta, GA 30305
Attorney of Record for Respondents

JP Morgan Chase, N.A.
3415 Vision Dr.
MC-OH4-7133
Columbus, OH 43219

Done this 23rd day of February, 2011.

Marilyn S. Bright
Attorney for Objecting Debtors