# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| BENJIE MATTHEW LOUISON AND ) | CHAPTER 13 |
| JANINE EVE GLASBY LOUISON, ) | |
| Debtor. ) | |
| ) | CASE NO. 10-89659-MGD |
| _____ ) | |
| ) | |
| HSBC BANK USA, NATIONAL ) | |
| ASSOCIATION AS TRUSTEE FOR ) | JUDGE MARY GRACE DIEHL |
| MLMI SERIES 2006-AF1, ITS ) | |
| SUCCESSORS OR ASSIGNS, ) | |
| Movant. ) | |
| ) | |
| V. ) | |
| ) | |
| BENJIE MATTHEW LOUISON AND ) | |
| JANINE EVE GLASBY LOUISON, ) | |
| Debtors and MARY IDA TOWNSON, ) | |
| Trustee, ) | |
| Respondents. ) | |

## AMENDED NOTICE OF RE-ASSIGNMENT OF HEARING

PLEASE TAKE NOTICE that HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR MLMI SERIES 2006-AF1, ITS SUCCESSORS OR ASSIGNS has filed a Motion for Relief from Stay and related papers with the Court seeking an order granting relief from the automatic stay.

PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on the Motion for Relief from Stay in, Room 1201 United States Bankruptcy Courthouse, 75 Spring Street, Atlanta, GA 30303-3311 at _2:00_ p.m. on the _26th_ day of _July_, 20_11_.

Your rights may be affected by the Court's ruling on these pleadings. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings, or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may file a written response to the pleading with the Clerk at the address stated

below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address for the Clerk's Office is: United States Bankruptcy Court, Richard B. Russell Federal Building, 75 Spring Street, SW, Room 1340, Atlanta, GA 30303. You must also mail a copy of your response to the undersigned at the address stated below.

In the event a hearing cannot be held within thirty (30) days from the filing of said Motion, as required by 11 U.S.C. Section 362, Movant, by and through counsel, waives this requirement and agrees to the next earliest possible date, as evidenced by the signature below. If a final decision is not rendered by the Court within sixty (60) days of the date of the request, Movant waives the requirement that a final decision be issued within that period.

The undersigned consents to the automatic stay remaining in effect with respect to Movant until the court orders otherwise.

Dated: _April 28, 2011__

                                                                                   /s/
                                        PHILIP BARNES
                                        Georgia Bar No. 081107
                                        2872 Woodcock Boulevard, Suite 100
                                        Atlanta, GA 30341
                                        (770) 220-2535

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: )<br>BENJIE MATTHEW LOUISON AND )<br>JANINE EVE GLASBY LOUISON, )<br>Debtor. )<br>_____ )<br> )<br>HSBC BANK USA, NATIONAL )<br>ASSOCIATION AS TRUSTEE FOR )<br>MLMI SERIES 2006-AF1, ITS )<br>SUCCESSORS OR ASSIGNS, )<br>Movant. )<br> )<br>V. )<br> )<br>BENJIE MATTHEW LOUISON AND )<br>JANINE EVE GLASBY LOUISON, )<br>Debtors and MARY IDA TOWNSON, )<br>Trustee, )<br>Respondents. ) | CHAPTER 13<br><br>CASE NO. 10-89659-MGD<br><br>JUDGE MARY GRACE DIEHL |

## CERTIFICATE OF SERVICE

This is to certify that on the __28th__ day of __April__, 2011, I served a copy of the within Amended Notice of Re-Assignment of Hearing, on the Respondents by first-class mail addressed as follows:

BENJI MATTHEW LOUISON AND JANINE EVE GLASBY LOUISON
PO BOX 422592
Atlanta, GA 30342

MARILYN S. BRIGHT
Marilyn S. Bright
Suite 702
41 Marietta Street
Atlanta, GA 30303
(404)523-3776

MARY IDA TOWNSON
CHAPTER 13 TRUSTEE
Suite 2700 Equitable Bldg.
100 Peachtree Street, NW
Atlanta, GA 30303
(404) 525-1110

SHAPIRO & SWERTFEGER
_____/s/_____
PHILIP BARNES
Georgia Bar No. 081107
Shapiro & Swertfeger
2872 Woodcock Boulevard, Suite 100
Atlanta, GA 30341
(770) 220-2535