**IT IS ORDERED as set forth below:**

Date: July 05, 2011

_____
Mary Grace Diehl
U.S. Bankruptcy Court Judge

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| ) | |
| JANINE EVE GLASBY LOUISON, ) | CASE NO.  10-89659-MGD |
| BENJIE MATTHEW LOUISON, ) | |
| ) | |
| Debtors. ) | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - ) | - - - - - - - - - - - - - - - - - - - - - |
| JPMORGAN CHASE BANK, NATIONAL ) | |
| ASSOCIATION, ) | |
| ) | |
| Movant, ) | |
| ) | CONTESTED MATTER |
| vs. ) | |
| JANINE EVE GLASBY LOUISON, Debtor, ) | |
| BENJIE MATTHEW LOUISON, Debtor, ) | |
| THELMA MACK, Co-Debtor, ) | |
| MARY IDA TOWNSON, Trustee, ) | |
| Respondents  ) | |

**ORDER MODIFYING AUTOMATIC STAY AND CO-DEBTOR STAY**

A hearing on the above-styled Motion for Relief from Automatic Stay and Co-Debtor Stay filed January 26, 2011, by JPMorgan Chase Bank, National Association, for itself and its successors or assigns, came before this Court on re-notice June 26, 2011. Relief is sought as to real property now or formerly known as 6952 Dockbridge Way, Stone Mountain, DeKalb County, Georgia (the "Property"). Movant contends Respondents are in arrears on planned post- petition payments to

*M&C File No.09-00252*

Movant. The court having heard oral argument from Counsel for Debtor, Marilyn Bright, Counsel for Movant, Robert J. Wilkinson, and Counsel for Trustee, Albert Guthrie. Based upon the facts presented in the motion and oral presentation, it is hereby

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**; and the Automatic Stay and Co-Debtor Stay pursuant to 11 U.S.C. § 362 and § 1301 are hereby **MODIFIED** to allow Movant, its successors or assigns, to proceed with its state law remedies as to its collateral, described below, and to foreclose or otherwise dispose of the collateral, including, but not limited to, dispossessory proceedings, or take action against said property as necessary in order for Movant to recover upon its secured claim to the Property. Movant may contact the Debtors via telephone or written correspondence to offer, provide or enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout or loss mitigation agreement including a deed in lieu as allowed by state law. The entry of this Order does not absolve the Debtors of the duty to file any necessary pleadings, amendments, or plan modifications that may be required with regard to such a loan modification

**ORDERED** that upon the completion of any foreclosure sale, any funds in excess of the payoff due to Movant under its Note and Security Deed shall be promptly paid to the Trustee for the benefit of the estate. The Trustee shall cease funding the balance of Movant's claim. The 14 day Stay pursuant to Bankruptcy Rule 4001(a)(3) is waived.

**[END OF ORDER]**

| | |
|---|---|
| PREPARED AND SUBMITTED BY: | NO OPPOSITION |
| By: /s/ Robert J. Wilkinson | /s/ K. Edward Safir |
| Robert J. Wilkinson | K. Edward Safir, with express permission |
| GA. State Bar No. 760055 | Attorney for Mary Ida Townson |
| McCurdy & Candler, LLC | Chapter 13 Trustee |
| Six Piedmont Center, Suite 700 | 100 Peachtree Street, N.W. |
| 3525 Piedmont Road, NE | Suite 2700 Equitable Bldg. |
| Atlanta, GA 30305 | Atlanta, GA 30303 |
| (404) 373-1612 | (404) 525-1110 Telephone |
| (404) 370-7237 Facsimile | (404) 522-4448 Facsimile |
| jwilkinson@mccurdycandler.com | Georgia Bar No. 622149 |
| ATTORNEYS FOR MOVANT | |

*M&C File No.09-00252*

DISTRIBUTION LIST

Janine Eve Glasby Louison
Benjie Matthew Louison
P.O. Box 422592
Atlanta, GA 30342

Thelma Mack
6952 Dockbridge Way
Stone Mountain, GA 30087

Marilyn S. Bright
41 Marietta Street
Suite 702
Atlanta, GA 30303

Mary Ida Townson
Chapter 13 Trustee
100 Peachtree Street, N.W.
Suite 2700 Equitable Bldg.
Atlanta, GA 30303

Robert J. Wilkinson
McCurdy & Candler, LLC
Six Piedmont Center, Suite 700
3525 Piedmont Road, NE
Atlanta, GA 30305

*M&C File No.09-00252*